Please contact the Clerk's Office for more information.

**This order is not signed for the reason set forth above.**

Dated: June 9, 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: _____ | Bankruptcy Case No. __20-21167__ |
|---|---|
| Debtor(s). Matthew Sharkey | Chapter __13__ |

## ORDER GRANTING APPLICATION FOR PAYMENT OF
## UNCLAIMED FUNDS

FILED* US Bankruptcy Court-UT
MAR 20 2023 PM 1:33

It appearing that the check made payable to __Solutions Advisory Services LLC, Asignee to Matthew Sharkey__, in the amount of $__$9,201.54__ was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that __Solutions Advisory Services LLC, Asignee to Matthew Sharkey__ (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $__$9,201.54__ to __Solutions Advisory Services LLC, Asignee to Matthew Sharkey__.

----------------------------------------END OF ORDER----------------------------------------